THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAJ DISTRIBUTORS, INC. | : | CIVIL ACTION |
| *INDIVIDUALLY AND ON BEHALF* | : | |
| *OF ALL OTHERS SIMILARLY SITUATED* | : | NO. 05-4763 |
| | : | |
| V. | : | |
| | : | |
| BECTON DICKINSON & CO. | : | |

## ORDER

**AND NOW,** this 2nd day of April, 2007, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

  [ ]  -  Order staying these proceedings pending disposition of a related action

  [ ]  -  Order staying these proceedings pending determination of arbitration proceedings

  [ ]  -  Interlocutory appeal filed

  [x]  -  Other: Pending transfer to the United States District Court for the District of New Jersey, for coordinated or consolidated pretrial proceedings.

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE**